FILED

04/26/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0674

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0674

_____

THE ESTATE OF FLORENCE TOSCH,

Plaintiff and Appellee,

v.                                                          O R D E R

EDWARD KAHLE and CATHERINE KAHLE,

Defendants and Appellants.

_____

On November 28, 2022, Appellants Edward Kahle and Catherine Kahle filed a Notice of Appeal in this matter. In that Notice, they asserted that transcripts had been ordered in accordance with M. R. App. P. 8(3). They further filed a Notice of Transcript Deemed Necessary for Appeal in which they asserted that arrangements for ordering and paying for the necessary transcripts had been undertaken. Under M. R. App. P. 9(1), the record on appeal, including necessary transcripts, shall be transmitted to this Court within 40 days unless certain conditions are met. On December 27, 2022, the Nineteenth Judicial District Court, Lincoln County, granted court reporter Debra S. Kambel until February 24, 2023, to file the transcripts. To date, no transcripts have been filed, nor has this Court received any requests for extension of time.

IT IS ORDERED that, on or before May 26, 2023, Appellants shall file a report on the status of this appeal. Failure to file a status report within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all parties and to court reporter Debra S. Kambel.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 26 2023